```
                                                    FILED
                                                   08 JUL 21 PM 3:35
 1  MILBERG LLP
    JEFF S. WESTERMAN (SBN 94559)                  RICHARD W. WIEKING
 2  One California Plaza                           CLERK, U.S. DISTRICT COURT
    300 S. Grand Ave., Suite 3900    E-filing      NORTHERN DISTRICT OF CALIFORNIA
 3  Los Angeles, CA 90071-3172
    Telephone: (213) 617-1200
 4  Facsimile: (213) 617-1975
    Email: jwesterman@milberg.com
 5

 6  MILBERG LLP                              ADEMI & O'REILLY, LLP
    PETER SAFIRSTEIN (pro hac vice admission GURI ADEMI (pro hac vice admission to be
 7  to be submitted)                         submitted)
    ANDREW MORGANTI (pro hac vice            SHPETIM ADEMI (pro hac vice admission to
 8  admission to be submitted)               be submitted)
    One Pennsylvania Plaza, 49th Floor       3620 Layton Avenue
 9  New York, NY 10119                       Cudahay, WI 53100
    Telephone: (212) 594-5300                Telephone: (414) 482-8000
10  Facsimile: (212) 868-1229                Facsimile: (414) 482-8001
    Email: psafirstein@milberg.com           Email: gademi@ademilaw.com
11         amorganti@milberg.com                    sademi@ademilaw.com

12
    Counsel for Plaintiffs and
13  the Proposed Indirect Purchaser Class

14              UNITED STATES DISTRICT COURT                              EDL

15                NORTHERN DISTRICT OF CALIFORNIA

16  JAMES E. ALLEE, KORY PENTLAND   )  Case No.   CV 08   3493
    and JIM BROWN on behalf of themselves )
17  and others similarly situated,  )
                                    )   CERTIFICATION OF INTERESTED
18                  Plaintiffs,     )   ENTITIES OR PERSONS PURSUANT TO
           vs.                      )   LOCAL RULE 3-16
19                                  )
    MATSUSHITA ELECTRIC INDUSTRIAL  )
20  CO., LTD.; TOSHIBA CORPORATION; )
    TOSHIBA    AMERICA,   INC.;  MT )
21  PICTURE   DISPLAY    CO.,  LTD.;)
    SAMSUNG    SDI    CO.,  LTD.; LP)
22  DISPLAYS   INTERNATIONAL,  LTD.;)
    ROYAL PHILIPS ELECTRONICS N.V.; )
23  and CHUNGHWA PICTURE TUBES,     )
    LTD., and DOES 1-20, inclusive, )
24                                  )
                                    )
25                  Defendants.     )
                                    )
26

27

28
    CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

    DOCS\440544v1
```

1        Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.

3  DATED: July 21, 2008                MILBERG LLP
                                              JEFF S. WESTERMAN

                                              Jeff S. Westerman

One California Plaza
300 South Grand Avenue, Suite 3900
Los Angeles, CA 90071
Telephone: (213) 617-1200
Facsimile: (213) 617-1975
Email: jwesterman@milberg.com

MILBERG LLP
PETER SAFIRSTEIN (*pro hac vice* admission to be submitted)
ANDREW MORGANTI (*pro hac vice* admission to be submitted)
One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
Email: psafirstein@milberg.com
       amorganti@milberg.com

ADEMI & O'REILLY, LLP
Guri Ademi (*pro hac vice* admission to be submitted)
Shpetim Ademi (*pro hac vice* admission to be submitted)
3620 Layton Avenue
Cudahay, WI 53100
Telephone: (414) 482-8000
Facsimile: (414) 482-8001
Email: gademi@ademilaw.com
       sademi@ademilaw.com

*Counsel for Plaintiffs and the Proposed Indirect Purchaser Class*

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS        -1-

DOCS:440544v1