```
FILED
08 JUL 30 PM 4: 07
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
```

1  MILBERG LLP
   JEFF S. WESTERMAN (SBN 94559)
2  One California Plaza
   300 S. Grand Ave., Suite 3900
3  Los Angeles, CA 90071-3172
   Telephone: (213) 617-1200
4  Facsimile: (213) 617-1975
   Email: jwesterman@milberg.com
5

6  MILBERG LLP                                        ADEMI & O'REILLY, LLP
   PETER SAFIRSTEIN (*pro hac vice* admission         GURI ADEMI (*pro hac vice* admission to be
7  to be submitted)                                   submitted)
   ANDREW MORGANTI (*pro hac vice*                    SHPETIM ADEMI (*pro hac vice* admission to
8  admission to be submitted)                         be submitted)
   One Pennsylvania Plaza, 49th Floor                 3620 Layton Avenue
9  New York, NY 10119                                 Cudahay, WI 53100
   Telephone: (212) 594-5300                          Telephone: (414) 482-8000
10 Facsimile: (212) 868-1229                          Facsimile: (414) 482-8001
   Email: psafirstein@milberg.com                     Email: gademi@ademilaw.com
11        amorganti@milberg.com                              sademi@ademilaw.com

12
   Counsel for Plaintiffs and
13 the Proposed Indirect Purchaser Class

14                          UNITED STATES DISTRICT COURT

15                         NORTHERN DISTRICT OF CALIFORNIA

16 JAMES E. ALLEE, KORY PENTLAND  )   Case No. CV-08-3493-EDL
   and JIM BROWN on behalf of themselves )
17 and others similarly situated,  )   APPLICATION FOR ADMISSION OF
                                   )   ATTORNEY *PRO HAC VICE*
18                      Plaintiffs, )
       vs.                         )
19                                 )
   MATSUSHITA ELECTRIC INDUSTRIAL  )
20 CO., LTD.; TOSHIBA CORPORATION; )
   TOSHIBA AMERICA, INC.; MT       )
21 PICTURE DISPLAY CO., LTD.;      )
   SAMSUNG SDI CO., LTD.; LP       )
22 DISPLAYS INTERNATIONAL, LTD.;   )
   ROYAL PHILIPS ELECTRONICS N.V.; )
23 and CHUNGHWA PICTURE TUBES,     )
   LTD., and DOES 1-20, inclusive, )
24                                 )
                                   )
25                      Defendants. )
                                   )
26

27

28

1      Pursuant to Civil L.R. 11-3, Andrew Morganti, an active member in good standing of the bar of Michigan, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs James E. Allee, Kory Pentland and Jim Brown in the above-entitled action.

    In support of this application, I certify on oath that:

1.     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Jeff S. Westerman, Milberg LLP, 300 S. Grand Avenue, Suite 3900, Los Angeles, CA 90017, (213) 617-1200.

    I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 24, 2008

MILBERG LLP
ANDREW MORGANTI

_____
ANDREW MORGANTI

One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
Email: amorganti@milberg.com

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No. CV- 08-3493-EDL      -1-