```
                                    FILED
 1  MILBERG LLP
    JEFF S. WESTERMAN (SBN 94559)
 2  One California Plaza              08 JUL 30  PM 4: 08
    300 S. Grand Ave., Suite 3900
 3  Los Angeles, CA 90071-3172        RICHARD W. WIEKING
    Telephone: (213) 617-1200         CLERK U.S. DISTRICT COURT
 4  Facsimile:  (213) 617-1975        NORTHERN DISTRICT OF CALIFORNIA
    Email: jwesterman@milberg.com
 5

 6  MILBERG LLP                              ADEMI & O'REILLY, LLP
    PETER SAFIRSTEIN (pro hac vice admission GURI ADEMI (pro hac vice admission to be
 7  to be submitted)                         submitted)
    ANDREW MORGANTI (pro hac vice            SHPETIM ADEMI (pro hac vice admission to
 8  admission to be submitted)               be submitted)
    One Pennsylvania Plaza, 49th Floor       3620 Layton Avenue
 9  New York, NY 10119                       Cudahay, WI 53100
    Telephone: (212) 594-5300                Telephone: (414) 482-8000
10  Facsimile:  (212) 868-1229               Facsimile:  (414) 482-8001
    Email: psafirstein@milberg.com           Email: gademi@ademilaw.com
11         amorganti@milberg.com                    sademi@ademilaw.com

12
    Counsel for Plaintiffs and
13  the Proposed Indirect Purchaser Class

14               UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| JAMES E. ALLEE, KORY PENTLAND and JIM BROWN on behalf of themselves and others similarly situated, | Case No. CV-08-3493-EDL |
| Plaintiffs, | APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| vs. | |
| MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; MT PICTURE DISPLAY CO., LTD.; SAMSUNG SDI CO., LTD.; LP DISPLAYS INTERNATIONAL, LTD.; ROYAL PHILIPS ELECTRONICS N.V.; and CHUNGHWA PICTURE TUBES, LTD., and DOES 1-20, inclusive, | |
| Defendants. | |

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No. CV-08-3493-EDL

1     Pursuant to Civil L.R. 11-3, Peter Safirstein, an active member in good standing of the bar of New York, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiffs James E. Allee, Kory Pentland and Jim Brown in the above-entitled action.

    In support of this application, I certify on oath that:

    1.     I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

    2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

    3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: Jeff S. Westerman, Milberg LLP, 300 S. Grand Avenue, Suite 3900, Los Angeles, CA 90017, (213) 617-1200.

    I declare under penalty of perjury that the foregoing is true and correct.

DATED: July 24, 2008

MILBERG LLP
PETER SAFIRSTEIN

_____
PETER SAFIRSTEIN

One Pennsylvania Plaza
New York, NY 10119
Telephone: (212) 594-5300
Facsimile: (212) 868-1229
Email: psafirstein@milberg.com

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No. CV-08-3493-EDL

-1-