RECEIVED
08 JUL 30 PM 4:08
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. ALLEE, KORY PENTLAND and JIM BROWN on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; MT PICTURE DISPLAY CO., LTD.; SAMSUNG SDI CO., LTD.; LP DISPLAYS INTERNATIONAL, LTD.; ROYAL PHILIPS ELECTRONICS N.V.; and CHUNGHWA PICTURE TUBES, LTD., and DOES 1-20, inclusive,<br><br>    Defendants. | Case No. CV- 08-3493-EDL<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

[PROPOSED] ORDER
GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No. CV- 08-3493-EDL

1  Peter Safirstein, an active member in good standing of the bar of the State of New York,
2  whose business address and telephone number is Milberg LLP, One Pennsylvania Plaza, 50th
3  Floor, New York, NY 10119, (212) 594-5300, having applied in the above-entitled action for
4  admission to practice in the Northern District of California on a *pro hac vice* basis, representing
5  Plaintiffs James E. Allee, Kory Pentland and Jim Brown.

6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
8  *vice*. Service of papers upon and communication with co-counsel designated in the application
9  will constitute notice to the party. All future filings in this action are subject to the requirements
10 contained in General Order No. 45, *Electronic Case Filing*.

11
DATED:_____    _____
12                                                          The Honorable Elizabeth D. Laporte
13                                                          UNITED STATES DISTRICT
                                                            MAGISTRATE JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28 [PROPOSED] ORDER
GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*    -1-
Case No. CV- 08-3493-EDL