RECEIVED
08 JUL 30 PM 4:07
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. ALLEE, KORY PENTLAND and JIM BROWN on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; MT PICTURE DISPLAY CO., LTD.; SAMSUNG SDI CO., LTD.; LP DISPLAYS INTERNATIONAL, LTD.; ROYAL PHILIPS ELECTRONICS N.V.; and CHUNGHWA PICTURE TUBES, LTD., and DOES 1-20, inclusive,<br><br>Defendants. | Case No. CV- 08-3493-~~EDL~~  SC<br><br>~~[PROPOSED]~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

[PROPOSED] ORDER
GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
Case No. CV- 08-3493-EDL

1    Andrew Morganti, an active member in good standing of the bar of the State of
2  Michigan, whose business address and telephone number is Milberg LLP, One Pennsylvania
3  Plaza, 50th Floor, New York, NY 10119, (212) 594-5300, having applied in the above-entitled
4  action for admission to practice in the Northern District of California on a *pro hac vice* basis,
5  representing Plaintiffs James E. Allee, Kory Pentland and Jim Brown.

6    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
8  *vice*. Service of papers upon and communication with co-counsel designated in the application
9  will constitute notice to the party. All future filings in this action are subject to the requirements
10 contained in General Order No. 45, *Electronic Case Filing*.

11 DATED: 8/1/08



The Honorable _____
UNITED STATES
MAG
Judge Samuel Conti

[PROPOSED] ORDER
GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*            -1-
Case No. CV- 08-3493-EDL